UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00554-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK F. EUSTICE, JR.,

    Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a probation violation hearing for Defendant Frank F. Eustice, Jr. will be held on **February 1, 2007 at 9:30a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 5th day of January, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge