UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00554-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK F. EUSTICE, JR.,

        Defendant.

## ORDER GRANTING MOTION FOR SENTENCING HEARING

THIS MATTER is before the Court on the Government's Motion for Sentencing Hearing **(#21)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#21) is GRANTED**. A sentencing hearing on the supervised release violations is set for **April 23, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 15th day of March, 2007

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge