IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00554-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANK F. EUSTICE, JR.,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On October 23, 2009, the probation officer submitted a memorandum requesting early termination of supervised release in this case. The probation officer has consulted with the Assistant United States Attorney, and the United States has not objected to the proposed relief. Accordingly, it is

**ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 27th day of October, 2009.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge